IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Dana Black, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01932-JMS-MKK |
| | ) | |
| TrueAccord Corp., a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

> Dismissal with prejudice acknowledged [14].
> JMS, DJ 1/21/25
> Distribution via ECF

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, with prejudice.

Dated: January 20, 2025

s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com